[No. 18999-2-II.    Division Two.    February 14, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH
R. CARLSON, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 94-1-00961-7, Richard D. Hicks, J., entered December 29, 1994. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Seinfeld, J., and Van Deren, J. Pro Tem.

[No. 19123-7-II.    Division Two.    February 14, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY
DUANE KLEVEN, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 93-1-03576-6, Frederick B. Hayes, J., entered January 24, 1995. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Houghton, C.J., and Bridgewater, J.

[No. 19307-8-II.    Division Two.    February 14, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. LESLIE
KAY LARUE, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 94-1-00735-5, Paula Casey, J., entered March 16, 1995. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Morgan, J., and Van Deren, J. Pro Tem.

[No. 19503-8-II.    Division Two.    February 14, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ENRIQUE
SOLORIO JARAMILLO, *Appellant.*

Appeal from a judgment of the Superior Court for Clallam County, No. 94-1-00150-6, Jay B. Roof, J., entered May 12, 1995. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Morgan and Hunt, JJ.